464 A.2d 528

Commonwealth v. Frazier, Appellant.

Petition for Allowance of Appeal
Denied Jan. 20, 1984.

Submitted June 2, 1983. Kenneth L. Mirsky, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.

464 A.2d 528

Commonwealth v. Frazier, Appellant.

Argued February 23, 1982. Samuel C. Stretton, for appellant; Nancy Dena Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Angelo A. Guarino is affirmed.